1:05cr83 NON NEGOTIABLE

| | |
|---|---|
| Affiant: | Noel Exinia, a living, breathing, flesh-and-blood man<br>Beneficiary and Real Party in interest under injury<br>Secured Party Creditor, Authorized Representative,<br>and Attorney-in-Fact for NOEL EXINIA<br>c/o P.O. Box 300<br>County of Waymart, Pennsylvania state [18472]<br>united States of America |
| | UCC-1 Financing Statement No. 138-2014-1583 |
| Respondents: | Andrew S. Hanen<br>d.b.a. ANDREW S. HANEN, Judge of UNITED STATES DISTRICT<br>COURT FOR THE SOUTHERN DISTRICT OF TEXAS<br>600 E. Harrison Street # 101<br>Brownsville, Texas 78520-7114 |
| | AND |
| | Charles Edwin Lewis<br>d.b.a. CHARLES EDWIN LEWIS, Assistant UNITED STATES<br>ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS<br>600 E. Harrison Street, Suite 201<br>Brownsville, Texas 78520 |
| Re: | DEBTOR/DEFENDANT: NOEL EXINIA, a legal fiction<br>ACCOUNT/CASE No. 1:05CR00083-S1-001 |

United States District Court
Southern District of Texas
FILED
DEC 03 2014
David J. Bradley, Clerk

United States Courts
Southern District of Texas
FILED
DEC 29 2014
David J. Bradley, Clerk of Court

## COMMERCIAL AFFIDAVIT OF TRUTH

State of Pennsylvania     )
                          )  Sworn and Subscribed
County of Waymart         )

"Indeed, no more than (Affidavit) is necessary to make the prima case." United States v. Kis, 658 F.2d 526, 536 (7th Cir.1981), Cert. denied, 50 U.S.L.W. 2169, S.Ct. March 22, 1982.

The Undersigned Affiant, Noel Exinia, a living, breathing, flesh-and-blood man, hereinafter "Affiant," under the penalty of perjury that the following statements and facts, regarding UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS Account/Case No. 1:05CR00083-S1-001 or other related matter, are of his own first-hand knowledge, do solemnly swears, avers, declares, deposes, and states as follows:

1. THAT, Affiant is of age of majority and a competent witness regarding the matters set forth herein.
2. THAT, Affiant has personal knowledge of the facts stated herein.
3. THAT, all the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

TRUE COPY I CERTIFY
ATTEST
CLERK OF COURT
By _____ Deputy Clerk

A Verified Plain Statement of Facts

4. THAT, Noel Exinia, a private living, breathing, flesh-and-blood man, and NOEL EXINIA, ENS LEGIS/TRUST (a legal fiction), the name appearing on the charging instrument of the above account/case, are not united, thereby rebutting the undisclosed presumption, otherwise operational, to the contrary. The Undersigned Affiant, Noel Exinia, is the Secured Party Creditor, superior Claimant, Holder-In-Due-Course, and Principal Creditor having a registered Priority lien hold interest to all property held in the name of NOEL EXINIA evidenced by UCC-1 Financing Statement No. 138-2014-1583 filed with the Secretary of State of the State of Georgia, Affiant is operating in capacity of being the living principal, Secured Party Creditor, Authorized Representative and Attorney-in-Fact for NOEL EXINIA, ENS LEGIS/TRUST (a legal fiction).

5. THAT, Respondents, Andrew S. Hanen, is herein addressed in his private capacity and in his public capacity - d.b.a. ANDREW S. HANEN, Judge of UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, and Respondent, Charles Edwin Lewis, is herein addressed in his private capacity and in his public capacity - d.b.a. CHARLES EDWIN LEWIS, Assistant UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS, both participating in a commercial enterprise with their co-business partners, including but not limited to "UNITED STATES OF AMERICA" aka "UNITED STATES" aka USA aka US aka UNITED STATES FEDERAL CORPORATION and any and all political subdivisions thereof hereinafter collectively and severally referred to as "Respondents".

6. THAT, the governing law of this private contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law established by silence, acquiescence and tacit agreement.

7. THAT, Affiant, Noel Exinia, at no time has willingly, knowingly, intentionally, and voluntarily agreed to subordinate his position as creditor and beneficiary of NOEL EXINIA, ENS LEGIS/TRUST (a legal fiction), to becoming the trustee and/or surety for NOEL EXINIA, a legal fiction, created by the Respondents, through signature, or words, actions, or inactions.

8. THAT, the Supreme Court in the case of Wills v. Michigan State Police, 105 L.Ed.2d 45 (1989) made it perfectly clear that the Sovereign cannot be named in any statute as merely a "person" or "any person". The private man or woman is a member of said "sovereignty, itself remains with the People, by whom and for whom all government exists and acts."

9. THAT, the word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings. See e.g. 1 U.S.C. Sec. 1; Church of Scientology v. U.S. Dept. of Justice (1979) 612 F.2d 417, 425.

10. THAT, Respondents never produced into the record any sworn declaration or affidavit of any living man or woman, by signing in the capacity of a fully liable private living man or woman being responsible and liable under the penalty of perjury, to show that they are authorized by the congressional statute to use any statute in Title 21 of the United States Codes against a private living, breathing, flesh-and-blood man, and that that private living, breathing, flesh-and-blood man is the "person" that comes under those statutes that they are authorized to used.

11. THAT, the name appearing on the charging instrument of the above account/case, in capital letters, NOEL EXINIA, is a legal corporate fiction entity, is not the name of the private living, breathing, flesh-and-blood man in his private capacity.

12. THAT, there is no evidence that the 'entity' named "UNITED STATES OF AMERICA" bring forth the instant claim can testify on the witness stand under the penalty of perjury and bring all relevant evidence.

13. THAT, there is no evidence of the contrary that the 50 States of the Union did pledged the faith and credit of the people thereof to the aid of the National Government in respect to the National Emergency on and around March 6, 1933. See Senate Document No. 43, 73rd Congress, 1st Session.

14. THAT, there is no evidence of the contrary that the UNITED STATES does still operate under the U.S. Bankruptcy since it confirmed on June 5, 1933 (See Senate Report No. 93-549, codified at 12 U.S.C.A. 95a) also known as the National Emergency. (See: Executive Proclamation No. 3972, and Executive Orders 6072, 6012 and 6246, the Congress and President Roosevelt officially declared bankruptcy of the United States Government).

15. THAT, there is no evidence of the contrary that the UNITED STATES GOVERNMENT by becoming bankruptcy and no longer had any way to pay its debts with substance did lost its sovereignty and standing in law and take on [the character] that of a private citizen and that it can exercise no power which is not derived from the corporate charter.

16. THAT, there is no evidence of the contrary that all crimes are commercial and revenue laws. See Title 27 C.F.R. Part 72.11.

17. THAT, there is no evidence of the contrary that there is no clause in the Federal Constitution that subject a private living citizen to statutory jurisdiction.

18. THAT, there is no evidence that the Undersigned Affiant, Noel Exinia, as a private party, is a party to the United States Constitution by oath, pledge, contract or as a signatory.

19. THAT, there is no any contract (implied or otherwise) that binds the Undersigned Affiant to the jurisdiction of the UNITED STATES wherein the Undersigned Affiant is a signatory.

20. THAT, there is no evidence of 'FULL DISCLOSURE' of all material facts relevant to the entire contract (United States Constitution) as to nexus and application upon the Undersigned Affiant along with disclosure of the contract defining the construction, purpose, etc., as well as documentation where the agent(s) are defined and empowered to act within the Constitution/contract upon the Undersigned Affiant, Noel Exinia, a private living man on the free soil.

21. THAT, there is no evidence that the United States Constitution/ Contract/Charter (by and through Respondents' Office) authorized the representing or prosecuting of any claims against the Undersigned Affiant, a private living, breathing, flesh-and-blood man.

22. THAT, there is no evidence of the contrary that "all that government does and provides legitimately is in pursuit of its duty to provide protection for private rights, which duty is a debt owed to its creator, WE THE PEOPLE, (Wynhammer v. People, NY 378) . . . and the private unenfranchised individual; which debt and duty is never extinguished nor discharged, and is perpetual. No matter what the government provides for us in manner of convenience and safety, the unenfranchised individual owes nothing to the government." See Hale v. Henkel, 201 U.S. 43.

23. THAT, there is no evidence of any implementing Regulations have been promulgated for those statutes as charged in the instant charging instrument of the above referenced account/case. Nor there is evidence that the instant charging instrument of the above referenced account/case also charged the violation of any implementing Regulation.

24. THAT, Supreme Court Justice Rhenquist had said in the case of California Banker's Association v. Schultz, 416 U.S. Rep. p. 21 that "Because it has bearing on our treatment of some of the issues raised by the parties, we think it important to note that the Act's Civil and Criminal Penalties attach only upon a violation of a Regualtion promulgated by the Secretary. If the Secretary were to do nothing, the Act itself would impose no penalties on anyone".

25. THAT, in U.S. v. Merskey, 361 U.S. Report page 438 the Supreme Court have said that "These regulations are called for by the Statute itself, and have the force of law; and violations thereof incur Criminal Prosecutions, just as if all the details had been incorporated into the congressional language. The result is that neither the Statute nor the regulation are complete without the other, and only together do they have any force."

26. THAT, in U.S. v. Murphy, 809 Fed. Rep.2d at page 1427 a Federal Court of Appeal had said that "The Reporting Act itself is not self-executing. It can impose no reporting duties until implementing Regulations have been promulgated. See California Banker's Assn. v. Schltz . . . An individual cannot be prosecuted for

violating the Act, unless he violates an implementing regulation too, and charged with both."

27. THAT, the documents and actions of Respondents provide evidence of Respondents' intentionally misleaded the Affiant into believing that he, a real living, breathing, flesh-and-blood man, not a legal corporate fiction entity, was the "person" as identified in the charged statutes, that that statute applies to, and that the Affiant became that "person" by no means of fraud, misrepresentation, coercion or duress applied by any government official.

28. THAT, Respondents never produced to Affiant any contract that indicated that Affiant willfully, knowingly, intentionally and voluntarily agreed and entered into without any fraud, misrepresentation, coercion, or intimidation or threats, or duress by the public corporate government official.

29. THAT, there is no evidence that Affiant, Noel Exinia, was capable of providing informed consent to a certain Order Setting Conditions of Release and Appearance Bond regarding Case No. 1:05CR00083-S1-001 in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS when Affiant was subjected to incarceration, threat of physical injury and extended incarceration, temperature extremes, sleep deprivation, denial of access to medical care and medication on the date of and immediately preceding the purported execution.

30. THAT, there is no evidence that Respondents provided to Affiant, Noel Exinia, a private living, breathing, flesh-and-blood man, full or partial disclosure of the risks and ramifications of executing the Order; that the said execution would comprise Affiant's election to submit to the jurisdiction of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS and the UNITED STATES, election to present himself as an ENS LEGIS artificial United States person, election to act as surety for Defendant, NOEL EXINIA, in the above account/case, and Affiant's unwitting participation in an ongoing enterprise of racketeering by suborning enticement to slavery.

31. THAT, there is no evidence that the failure to disclose risks and ramifications did not create a legal liability for Affiant where none had previously existed.

32. THAT, there is no evidence that Respondents, as creators of the said liability, are not holders of all such liabilities attributed to the instant Affiant.

33. THAT, there is no evidence that Respondents disclosed to Affiant Affiant's right to issue a Notice of Rescission on the Order within seventy-two (72) hours of Affiant's purported execution of the Order.

34. THAT, there is no evidence that Respondents' efforts to solicit Affiant to sign the Order and volunteer to assume the status of an ENS LEGIS artificial "United States person" did not comprise on its face Respondents' confession to enticement to slavery and a high crime against mankind, as an operation of law.

35. THAT, there is no evidence that a contract can exist absent risk disclosure, informed consent and exchange of consideration. There is no evidence that the Order qualifies as a binding contract and is not null and void on its face.

36. THAT, there is no evidence of the contrary that Respondents are under a constitutional Oath of Office to support and defend U.S. Constitution.

37. THAT, Affiant denies being a United States citizen, subject, vessel or "person" or any ENS LEGIS artificial entity, procedural phantom, legal fiction or juristic personality within the United States, and further denies visiting, passing through, residing in or being situate within the United States and/or having the ability to visit, reside in, pass through, or be situate within the United States.

38. THAT, there is no evidence that Affiant is a United States citizen, subject, vessel or "person" or any ENS LEGIS artificial entity, procedural phantom, legal fiction or juristic personality.

39. THAT, Affiant has seen no evidence that Affiant is not foreign to and without the United States, and believes that no such evidence exists.

40. THAT, there is no evidence that Affiant has or is visiting, passing through, residing in , or is situate within the United States, nor has the ability to visit, reside in, pass through, or be situate within the United States.

41. THAT, Affiant has seen no evidence that any party that orders, represents or persuades Affiant to falsely present himself as a United States citizen, vessel or person directly or by deception, devise, misnomer, mistaken identity, warrant or indictment, real or imagined, is not engaging in Enticement to Slavery, Perjury of Oath, assault on a Foreign Official and a violation of the Convention de La Haye du 5 Octobre 1961 ("Hague Convention"), and believes that no such evidence exists.

42. THAT, there is no evidence of the contrary that Respondents never disclosed to Affiant that if Affiant answer "Yes" or "stand-up" as instructed by his court appointed attorney when Respondents either called out the all-capital letters "person" (legal fiction)'s name or asked the Affiant to answer whether his name was NOEL EXINIA, that alone sufficiently constituted Affiant's willingly, knowingly, or voluntarily agreement and consent to became the trustee and surety for that legal fiction entity, NOEL EXINIA, the name appearing on the charging instrument of the above case/account.

43. THAT, the documents and actions of Respondents provided evidence of Respondents' knowingly and intentionally induced Affiant into dishonor and default.

44. THAT, it was fraud on Respondents' part that got Affiant into dishonor and default and loss of his liberty.

45. THAT, Affiant has never been presented with any sworn affidavit, by signing in the capacity of a fully liable private living man or woman being responsible and liable under the penalty of perjury, that would provide validity to the assessment in fact on which the charges re Account/Case No. 1:05CR00083-S1_001 are based. It is Affiant's best and considered judgment that no such paperwork or affidavit exists. It is, however, an automatic dishonor/forfeit position for the Respondents if the Respondents do not provide the Affiant with the assessment for the charges as an rebutted of this point herein. Substantiation of the bona fide nature of the assessment consists of providing the commercial paperwork that reveals the origin nature, particulars, and legitimacy of the assessment executed by the responsible party under affidavit sworn true, correct, and complete, with stated commercial liability risked by that affiant in case he/she is found to be in error, and swearing to the accuracy, relevance, contractual validity. and varifiability of all allegations made and the exactitude of the sum certain amount of the assessment. Failure to comply in this reagrd constitutes Respondents' stipulation that they have been prosecution of the non-existence and/or non-applicable charges against Affiant, a real private living, breathing, flesh-and-blood man and falsely of imprisonment of Affiant, a real private living, breathing, flesh-and-blood man.

46. THAT, Respondents never disclosed and produced to Affiant the evidence of Affiant's liability to the statute as charged in the instant charging instrument of the above referenced account/case.

47. THAT, Affiant has not been told by any party to perform the 'duty' that Affiant was charged with 'violating'.

48. THAT, Affiant never gave Respondents any permission or authorization to use Affiant's ENS LEGIS/TRUST name to create the bonds, including but not limited to, bid bond, performance bond, and payment bond, or any other bonds on the Case/Account No. 1:05CR00083-S1-001.

49. THAT, Affiant never received any funds from the above described bonds as stated in paragraph 48 on the Case/Account No. 1:05CR00083-S1-001 from the Respondents.

50. THAT, Respondents never disclosed and produced to Affiant their I.R.S. Form 1099-OID showing Affiant as the recipient of the funds from above bonds as described in paragraph 48 on the Case/Account No. 1:05CR00083-S1-001.

51. THAT, there is no evidence contravening the maxim of law that silence comprises agreement in commerce, equity, admiralty, Lex Mercatoria and public policy.

52. THAT, there is no evidence contravening the maxim of law that an affidavit stands as truth in commerce, equity, admiralty, Lex Mercatoria and public policy unless rebutted point-by-point by an Affidavit which sworn to the same degree of commercial risk.

53. THAT, there is no evidence that Respondents' failure ot provide verified rebuttal to this Commercial Affidavit of Truth no later than Fourteen (14) days from the date of service will not comprise Respondents' agreement with and confession of all facts herein, in perpetuity, the said confession being res judicata and stare decisis.

54. THAT, there is no evidence that any rebuttal which indicates "NA," "not applicable," "inapposite" or similar dishonors, or failure to answer any point herein would not be unresponsive and comprise stipulation to all facts in this Commercial Affidavit of Truth pursuant to the maxim that silence comprises agreement.

### Commercial Oath and Verification

55. THAT, the Undersigned Affiant, Noel Exinia, a real private living, breathing, flesh-and-blood man, certifies on Affiant's unlimited commercial liability that Affiant has read this Affidavit of Truth and does know that the facts contained therein are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth, and issues the same with intent and understanding of purpose and does solemnly certify under penalty of perjury under the laws of the united States of America that the foregoing is true and correct to the best of my knowledge and understanding in accordance with 28 U.S.C. § 1746(1).

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

   Respodents have fourteen (14) Calendar days in which Respondents can respond rebut this Commercial Affidavit of Truth, from the date of recieve of the service, UCC §1-204. A lack of response or rebuttal means Respondents assent to this Commercial Affidavit of Truth and that a fault exists, UCC §1-201(16), creating fraud through material misrepresentations and misleadings that vitiates all forms, contracts, charges, testimony, agreements, etc. expressed or implied, from the beginning, UCC §1-103.

   Any rebuttal of this Commercial Affidavit of Truth by Respondents must be in the manner of this Commercial Affidavit, by signing in the capacity of a fully liable man or woman being responsible and liable under the penalty of perjury while offering direct testimony. Any direct rebuttal with certified true and complete accompanying proof must be posted into the Affiant's address as indicated herein, within fourteen (14) Calendar days upon receipt of this Commercial Affidavit of Truth. Evidence of absence of a timely verified rebuttal of any points in this Commercial Affidavit of Truth Constitutes:

   1) Respondents' formally agreement with and confession of all facts herein as they operate in favor of the Affiant, Noel Exinia, due to their silence and estoppel is in effect;

   2) Respondents' formally agreement with the violations of State or Federal Law via the crimes that Respondents have been committed against Affiant, Noel Exinia, a private real living, breathing, flesh-and-blood man, including but not limited to, Fraud, Fraud by misre-

presentation, theft, conspiracy, false imprisonment, Breach of Trust, Breach of fidiciary trustee duty, Treason against the People of the united States of America, misapplication of the statute, Breach of Public Office's Oath and Trust, violation of their Office of trust since tha date they used the Affiant's property without Affiant's permission, RICO, RICO Conspiracy, Racketeering, Kidnapping, extortion, cruel and unusual punishment, and torture, and also Respondents' consent unto judgment in commerce against Respondents in favor of Affiant, Noel Exinia, and these facts also stand as true in both the private and public record as true;

    3) Respondents' waiver of any immunities or defenses regarding violations set by States or Federal law;

    4) Respondents' formally agreement with and confession of the commission of damage and injury against the Undersigned Affiant, Noel Exinia, a private living, breathing, flesh-and-blood man;

    5) Respondents' formally agreement with and consent to pay Affiant, Noel Exinia, a sum of certain $100,000,000.00 (One Hundred Million U.S. Dollars) for all the damage and injury that Respondents have been committed against Affiant, Noel Exinia, a real private living, breathing, flesh-and-blood man. A U.S. Dollar is defined as a One Ounce Silver Coin of 99.999% fine silver or the equivalent par value as established by law or the exchange rate as set by the U.S. Mint, whichever is the higher amount, for a certified One Ounce Silver Coin at the time of the first day of default as outlined herein. If Respondents decided to pay in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above; and also Respondents' agreement with and consent to pay Affiant, Noel Exinia, punitive damage, which equals the total amount of the damages as outlined herein times three; and

    6) Respondents' tacit procuration that Affiant, Noel Exinia, has a self-executing power of attorney-in-fact to file liens and encumberances against all property of Respondents until the total amount of the damages and injuries as outlined herein, which is $400,000,000.00 (Four Hundred Million U.S. Dollars), are fully collected by Affiant, Noel Exinia. OR IN ALTERNATIVE, Respondents mat avoid these liabilities by immediately issue an Order to immediately release the body of a private living, breathing, flesh-and-blood man named Noel Exinia from the custody of Federal Bureau of Prison, and close the above account/case and to quash all warrants, orders, and judgment, with regards to the above referenced case/account, which are detrimental to NOEL EXINIA, a legal fiction, or Affiant, Noel Exinia, a real living being in rerum natura, and also instantly recall all outstanding securities, obligations, liabilities and debts attributed to Affiant's collateral, NOEL EXINIA, a legal fiction, in the matter of Case/Account number 1:05CR00083-S1-001 and all derivatives thereof for the purpose of protecting Affiant's security interest noted in Affiant's UCC-1 Financing Statement No. 138-2014-1583             . However, if Respondents elected to refuse to do so or to provide a timely verified rebuttal of any points in this Commercial Affidavit of Truth, then this will be consituted Respondents' dishonor and default and non-response, and as such will also be constituted a self-executing Confession of Judgment

by Respondents and which complete agreement with all the statements, terms, and conditions of this Contract by Respondents as true in commerce and in both the private and public records. This is a Contract in Admiralty.

NOTE: Maxim of Law: 1. In commerce - Truth is sovereign. 2. For a matter to be resolved, it must be expressed. 3. An Un-Rebutted Affidavit stands as truth in commerce. 4. An Un-Rebutted Affidavit becomes the judgment in commerce. Point of Law - Silence equates to agreement.

Further Affiant Saith Not.

Done this 24 day of November, 2014.

All rights reserved,

*Noel Exinia* Ⓡ Ⓔ
Noel Exinia, in rerum natura
Real party in interest under injury
Secured Party Creditor to
legal fiction, NOEL EXINIA
UCC-1 Financing No. 138-2014-1583
All property exempt from levy.
Void where prohibited by law.

ACKNOWLEDGMENT

State of Pennsylvania         )
                              )   Sworn and Subscribed:
County of Waymart             )

SUBSCRIBED AND SWORN TO before me by _Noel Exinia ®©_ , known to me or proven to me to be the real man signing this document this _Monday_ day of _November_ , _24 2014_ .

WITNESS my hand and official seal.

_Jennifer A. Potter_
Signature of Notary

[NOTARIAL SEAL
COMMONWEALTH OF PENNSYLVANIA
Jennifer A. Potter - Notary Public
CANAAN TWP., WAYNE COUNTY
MY COMMISSION EXPIRES JAN. 19, 2018]

My commission expires: _1-19-2018_

138 2014-1583

FILED BY TOOMBS COUNTY
CLERK OF COURTS

2014 NOV 14  AM 10: 45

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Noel Exinia
c/o 25817 N. Kansas City Road
La Feria, Texas state [78559]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NOEL EXINIA | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 25817 N. KANSAS CITY ROAD | LA FERIA | TX | 78559 | USA |

**2. DEBTOR'S NAME:**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| Exinia | Noel | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 25817 N. Kansas City Road | La Feria | Texas state | [78559] | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral: This is a security entry of collateral on behalf of the Record Owner: Noel Exinia, and of the Debtor: NOEL EXINIA in the Commercial Chamber under necessity and the following property is hereby registered in the same: All Certificates of Birth Document # ▓▓▓▓ are herein liened and claimed at a sum certain $100,000,000.00, FBI # ▓▓▓▓ U.S. Marshals # ▓▓▓▓ Social Security # ▓▓▓▓, Exemption Identification No. ▓▓▓▓, Criminal case No. 1:05CR00083-S1-001, Security Agreement # SA0001, Power of Attorney # POA0001, Hold Harmless and Indemnity Agreement # HHIA0001, Copyright Notice # CN0001. Said registration is to secure the rights, title(s) and interest in and of the Root of Title and Birth Certificate # ▓▓▓▓ as received by the Texas DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics), DNA, Blood, Retina Scans (of record owner), fingerprints, and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom, nunc pro tunc, but not limited to all capitalized names: NOEL EXINIA, N. EXINIA, EXINIA NOEL, EXINIA N. or any derivatives thereof, and all contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the "Straw-man," LLC (ENS LEGIS) described as the debtor and all property is accepted for value and is Exempt from levy. Record Owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and UCC 10-104. All proceeds, products, accounts, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

**5.** Check only if applicable and check only one box: Collateral is [ ] held in a Trust [ ] being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
[ ] Public Finance Transaction  [ ] Manufactured-Home Transaction  [X] A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
[X] Agricultural Lien  [ ] Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [ ] Bailee/Bailor  [ ] Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA**

Secured Party - Noel Exinia